UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STEPHEN NICHOLS, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.                    Case No. 18-12026

COUNTY OF WAYNE et al.

        Defendants.
_____/

## JUDGMENT

In accordance with the court's December 11, 2018 "Opinion and Order Granting in Part Defendants' 'Motion to Dismiss or Abstain or, in the Alternative, for Summary Judgment,'"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all Defendants and against Plaintiff Stephen Nichols.

        DAVID J. WEAVER
        CLERK OF THE COURT

Dated: December 11, 2018        By: s/Lisa Wagner
        Lisa Wagner, Deputy Clerk and
        Case Manager to
        Judge Robert H. Cleland

APPROVED BY:

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE